### RAPAPORT v. PORTER.

(Supreme Court, Appellate Term, First Department. June 18, 1914.).

CONTRACTS (§ 191*)—CONSTRUCTION—MAINTENANCE OF INFANT.

> Where defendant promised to pay plaintiff a stipulated sum for the care and maintenance of defendant's infant son, the sum included clothes, as well as food and care.
>
> [Ed. Note.—For other cases, see Contracts, Cent. Dig. §§ 852–855; Dec. Dig. § 191.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Annie Rapaport against Abraham Porter. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered, unless the plaintiff consents to a reduction of the judgment.

Argued June term, 1914, before SEABURY, PAGE, and BIJUR, JJ.

M. Gottlieb, of New York City, for respondent.
S. Langfur, of Brooklyn, for appellant.

PER CURIAM. The court below found upon a disputed question of fact that the defendant promised to pay the plaintiff the sum of $3 per week for the care and maintenance of defendant's infant son. This sum evidently included clothes, as well as food and care. It also appears, and is not substantially contradicted, that at various times the defendant has furnished clothes and money amounting to $70 or $80.

The judgment will be reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff will stipulate, within five days after service of a copy of the order entered herein and

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

notice of entry thereof, to reduce the judgment to $310, in which event the judgment, as modified, is affirmed, without costs of this appeal to either party.